CARL H. LOENNECKER ET AL., PLAINTIFFS-RESPOND-
ENTS, v. BENJAMIN CASSER, JULIUS CASSER AND
NATHAN EISGROU, DEFENDANTS.

Submitted January 27, 1933—Decided July 10, 1933.

Before Justices BODINE and DONGES.

For the appellant, *Abram A. Lebson.*

For the respondents, *Joseph Frederick Bratt.*

PER CURIAM.

This is an appeal from the Bergen Common Pleas. The
suit was for the balance due plaintiffs on the purchase price
of certain shares of stock of Westwood Bus Lines, Incor-
porated, alleged to have been sold to defendants. The trial
judge sat without a jury and found for the plaintiffs against
the defendants Benjamin ·Casser and Nathan Eisgrou. Cas-
ser appeals.

Four grounds of appeal are written down but the appellant
states that the sole question is whether he participated in the
transaction as a principal, who would be liable on the contract
of purchase, or as agent for Eisgrou, in whose name the stock
was taken. The trial judge found as a fact that he was a
principal, and if there be evidence, however slight, to support
this finding, it will not be disturbed on appeal. There was
evidence to the effect that Benjamin Casser was the actual
purchaser and that the stock was put in the name of Eisgrou
as an accommodation to Casser because of some agreement he
had with the Public Service Corporation growing out of the
sale by him to the Public Service Corporation of another bus
line.

The judgment is affirmed, with costs.